IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| DELOISE PRICE, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) Case No. 06-1715 |
| vs. | ) |
| | ) |
| WAL-MART STORES, INC.; AND | ) |
| EXTREME PERFORMANCE, INC., | ) |
| | ) |
| | ) |
| DEFENDANTS. | ) |

RECEIVED
2006 AUG 11 A 11: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### NOTICE OF FILING NOTICE OF REMOVAL

To:  Ms. Melissa Rittenour
Circuit Clerk
Montgomery County Courthouse
251 South Lawrence Street
Montgomery, Alabama 36104

Pursuant to 28 U.S.C. § 1446(d), defendant, Wal-Mart Stores East, LP, incorrectly named in the Complaint as Wal-Mart Stores, Inc., hereby gives notice to the Circuit Court of Montgomery County, Alabama and to, Brian P. Strength, attorney for plaintiff, that the defendant filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that court. A true and correct copy of the Notice of Removal is attached hereto.

By: /s/ Robert H. Fowlkes
John A. Earnhardt
Robert H. Fowlkes
Attorney for Defendant

01372711.1

OF COUNSEL

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 6th Ave. North
Birmingham, Alabama 35203
Telephone (205) 254-1000
Facsimile (205) 254-1999

01372711.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing a copy thereof in the United States mail, properly addressed, on this the 11th day of August, 2006:

Jock M. Smith, Esq.
Brian P. Strength, Esq
Valerie Rucker Russell, Esq.
**COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.**
P.O. Box 830419
Tuskegee, AL 36083

_____
Of Counsel

01372711.1