UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DELOISE PRICE, | ) |
| PLAINTIFF | ) |
| | ) Case No. 2:06cv721 |
| vs. | ) |
| | ) |
| WAL-MART STORES, INC.; AND | ) |
| EXTREME PERFORMANCE, INC., | ) |
| | ) |
| DEFENDANTS. | ) |

*Received 2006 AUG 11 A 11: 20*
*DEBRA P. HACKETT, CLK*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT ALA*

### CERTIFICATE OF REMOVAL

Comes now Defendant Wal-Mart Stores East, LP, incorrectly named in the Complaint as Wal-Mart Stores, Inc., and hereby certifies that on the 11th day of August, 2006, this action was removed to this Court and that on the 11th day of August, 2006, a copy of the Notice of Filing Removal was filed with the Circuit Court of Montgomery County, Alabama.

Respectfully submitted,

*/s/ Robert H. Fowlkes*
John E. Earnhardt
Robert Fowlkes
Attorneys for Defendant, Wal-Mart Stores East, LP

OF COUNSEL:
**MAYNARD, COOPER & GALE, P.C.**
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

01372540.1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Jock M. Smith, Esq.
Brian P. Strength, Esq
Valerie Rucker Russell, Esq.
**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**
P.O. Box 830419
Tuskegee, AL 36083

on this the 11th day of August, 2006

*/s/ Robert H. Fowlkes*
OF COUNSEL