UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DELOISE PRICE, | ) |
| PLAINTIFF | ) |
| | ) Case No. 2:06cv721 |
| vs. | ) |
| | ) |
| WAL-MART STORES, INC.; AND | ) |
| EXTREME PERFORMANCE, INC., | ) |
| | ) |
| DEFENDANTS. | ) |

**DEFENDANT WAL-MART STORES EAST, LP'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to 28 U.S.C. § 1446, Defendant Wal-Mart Stores East, LP, incorrectly named in the Complaint as Wal-Mart Stores, Inc., through its attorney, makes the following Corporate Disclosure Statement in compliance with Federal Rules of Civil Procedure 7.1.

Wal-Mart Stores East, LP is a Delaware limited partnership. WSE Investment, LLC is the limited partner and WSE Management, LLC is the general partner of Wal-Mart Stores East, LP. Wal-Mart Stores East, LP is the sole member of the two LLC's. Wal-Mart Stores East, LP is a wholly owned subsidiary of Wal-Mart Stores, Inc.

Respectfully submitted,

/s/ Robert H. Fowlkes
John A. Earnhardt
Robert H. Fowlkes
Attorneys for Defendant, Wal-Mart Stores East, LP

01372719.1

**OF COUNSEL**:
**MAYNARD, COOPER & GALE, P.C.**
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

01372719.1

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Jock M. Smith, Esq.
Brian P. Strength, Esq
Valerie Rucker Russell, Esq.
**COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.**
P.O. Box 830419
Tuskegee, AL 36083

on this the 11th day of August, 2006

Robert H. Fowlkes
OF COUNSEL