## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DELOISE PRICE,** | |
|     **PLAINTIFF** | |
| vs. | **CASE NO. 2:06-CV-721-MHT** |
| **WAL-MART STORES, INC.,** et al., | |
|     **DEFENDANTS** | |

## CONSENT AND JOINDER IN REMOVAL

Comes now the Defendant identified as Extreme Performance, Inc. and hereby consents and joins in the removal of this case filed by Defendant Wal-Mart.


                                                _S/Dennis R. Bailey_____
                                                Dennis R. Bailey
                                                Attorney for Defendant

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 23rd day of October, 2006, which will forward same to:

>Jock M. Smith
>Brian P. Strength
>Valerie Rucker Russell
>Cochran, Cherry, Givens, Smith, Lane & Taylor
>Post Office Box 830419
>Tuskegee, Alabama   36083
>
>John E. Earnhardt
>Robert Fowlkes
>Maynard, Cooper & Gale
>1901 Sixth Avenue North
>2400 AmSouth/Harbert Plaza
>Birmingham, Alabama   35203-2602

                                        _S/Dennis R. Bailey_____
                                        Of counsel