IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DELOISE PRICE,** | |
| **PLAINTIFF** | |
| vs. | **CASE NO. 2:06-CV-721-MHT** |
| **WAL-MART STORES, INC.,** et al., | |
| **DEFENDANTS** | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the rules of the United States District Court for the Middle District of Alabama, and in order to enable the Judges of this Court to evaluate possible disqualification or recusal, Defendant Extreme Performance, Inc. states that it has no publicly traded affiliate, subsidiary or parent corporations.

    _S/Dennis R. Bailey_____
    Dennis R. Bailey
    Attorney for Defendant

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 23rd day of October, 2006, which will forward same to:

    Jock M. Smith
    Brian P. Strength
    Valerie Rucker Russell
    Cochran, Cherry, Givens, Smith, Lane & Taylor
    Post Office Box 830419
    Tuskegee, Alabama   36083

    John E. Earnhardt
    Robert Fowlkes
    Maynard, Cooper & Gale
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, Alabama   35203-2602

                                  _S/Dennis R. Bailey_____
                                  Of counsel