IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DELOISE PRICE,** | \| |
| **PLAINTIFF** | \| |
| vs. | \|   CASE NO. 2:06-CV-721 |
| **WAL-MART STORES, INC.,** et al., | \| |
| **DEFENDANTS** | \| |

## NOTICE OF APPEARANCE FOR DEFENDANT WAL-MART

Comes now the undersigned and gives notice to the Court and counsel that in addition to representation of Extreme Performance, he will now also serve as counsel for Defendant Wal-Mart Stores, Inc.

                                                              *S/ Dennis R. Bailey*_____
                                                              Dennis R. Bailey
                                                              Attorney for Defendants Extreme Performance, Inc. and Wal-Mart Stores, Inc.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing discovery upon the following counsel of record on this the 28th day of December, 2006 by filing same electronically with the ECMF system which will served the following counsel electronically:

> Jock M. Smith
> Brian P. Strength
> Valerie Rucker Russell
> Cochran, Cherry, Givens, Smith, Lane & Taylor
> Post Office Box 830419
> Tuskegee, Alabama   36083
>
> John E. Earnhardt
> Robert Fowlkes
> Maynard, Cooper & Gale
> 1901 Sixth Avenue North
> 2400 AmSouth/Harbert Plaza
> Birmingham, Alabama   35203-2602

                                                    _S/Dennis R. Bailey_____
                                                    Of counsel