UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DELOISE PRICE, | ) |
| PLAINTIFF, | ) |
| vs. | ) Civil Action No: 2:06-CV-721 |
| WAL-MART STORES, INC., et al. | ) |
| DEFENDANTS. | ) |

### NOTICE OF WITHDRAWAL

COMES NOW John A. Earnhardt and Robert H. Fowlkes, of the law firm of Maynard, Cooper & Gale, P.C. and hereby withdraw as counsel of record for Defendant Wal-Mart Stores East, LP, incorrectly named in the Complaint as Wal-Mart Stores, Inc., (hereinafter "Defendant" or "Wal-Mart").

Wal-Mart is substituting new counsel Dennis R. Bailey of the law firm of Rushton, Stakely, Johnston, & Garrett P.A., 184 Commerce Street, Montgomery, AL 36101. Mr. Bailey filed his notice of appearance on December 28, 2006.

/John A. Earnhardt
John A. Earnhardt
Robert H. Fowlkes

Attorneys for Defendant Wal-Mart Stores East, LP

01432347.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

01432347.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by using the CM/ECF system which will send notification of such filing to the following and by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 2nd day of January, 2007.


Jock M. Smith (SMI047)
Brian P. Strength (STR052)
Valerie Rucker Russell (RUS038)
COCHRAN, CHERRY, GIVENS & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083

Dennis R. Bailey
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36101


/John A. Earnhardt
OF COUNSEL

01432347.1