IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| DELOISE PRICE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:06cv721-MHT |
| | ) | |
| WAL-MART STORES, INC., and | ) | |
| EXTREME PERFORMANCE, INC., | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

It is ORDERED that the notice of withdrawal (doc. no. 19) is treated as a motion to withdraw and said motion is granted.

DONE, this the 8th day of January, 2007.


　　　/s/ Myron H. Thompson　　　
UNITED STATES DISTRICT JUDGE