IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DELOISE PRICE,** | \| |
| **PLAINTIFF** | \| |
| vs. | \|  CASE NO. 2:06-CV-721-MHT |
| **WAL-MART STORES, INC.,** et al., | \| |
| **DEFENDANTS** | \| |

### NOTICE OF APPEARANCE

COMES NOW Bethany L. Bolger of the law firm Rushton, Stakely, Johnston & Garrett, P.A., and hereby gives the Court and parties notice of her appearance as additional counsel on behalf of Extreme Performance, Inc. and Wal-mart Stores, Inc.

        */s/ Bethany L. Bolger*_____
        Dennis R. Bailey
        Bethany L. Bolger
        Attorneys for Defendants

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (Bailey e-mail)
bbolger@rsjg.com (Bolger e-mail)

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have filed the foregoing pleading through the ECMF system on this the 27th day of February, 2007, which will forward same to:

    Jock M. Smith
    Brian P. Strength
    Valerie Rucker Russell
    Cochran, Cherry, Givens, Smith, Lane & Taylor
    Post Office Box 830419
    Tuskegee, Alabama   36083


                                                /s/ Bethany L. Bolger_____
                                                Of counsel