IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **Deloise Price,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2: 06 cv721-MHT |
| | ) |
| **Wal-Mart Stores, Inc.,** | ) |
| **Extreme Performance, Inc.,** | ) |
| | ) |
|     **Defendants.** | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

    Pursuant to the Court's Scheduling Order dated September 26, 2006, the undersigned counsel files this Notice Concerning Settlement Conference and Mediation. This pleading is being filed within five days of the settlement conference conducted in this case. The case has not settled, but the parties are continuing to discuss settlement. At this time, the parties do not believe that mediation will assist in resolving the case short of trial.

    Respectfully Submitted,

    /s/ Brian P. Strength
    JOCK M. SMITH (SMIO47)
    BRIAN P. STRENGTH (STR052)
    Attorneys for Plaintiff

**OF COUNSEL:**
COCHRAN, CHERRY, GIVENS & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083
Tel: (334) 727-0060
Fax: (334) 727-7197

1

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon counsel listed below by placing a copy same in the U. S. Mail, properly addressed and postage prepaid, on this the 25th day of June, 2007;

Dennis Bailey
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101

                                              /s/ Brian P. Strength
                                              OF COUNSEL