IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DELOISE PRICE,                )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )        2:06cv721-MHT
                              )
WAL-MART STORES, INC., and    )
EXTREME PERFORMANCE, INC.,    )
                              )
        Defendants.           )

ORDER

It is ORDERED that the motion to dismiss (doc. no. 24) is set for submission, without oral argument, on August 20, 2007, with all briefs due by said date.

DONE, this the 8th day of January, 2007.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE