IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DELOISE PRICE,                  )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )       2:06cv721-MHT
                                )
WAL-MART STORES, INC., and      )
EXTREME PERFORMANCE, INC.,      )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED as follows:

(1) The motion to allow additional time (Doc. No. 27) is granted.

(2) The motion to dismiss (Doc. No. 24) is reset for submission, without oral argument, on September 4, 2007, with all briefs due by said date.

DONE, this the 21st day of August, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE