IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DELOISE PRICE,** | \| |
| **PLAINTIFF** | \| |
| vs. | \|   **CASE NO. 2:06-CV-721** |
| **WAL-MART STORES, INC.,** et al., | \| |
| **DEFENDANTS** | \| |

## DEFENDANTS' EXHIBIT LIST

Come now the Defendants and submit the following list of exhibits which may be used at trial:

1. Price deposition comparison;

2. Dr. Tai Chung report;

3. Dr. Tai Chung CV;

4. Owner's Manual;

5. Medical Records from Pine Apple Health Center;

6. *Price vs. Bill's Dollar Store* docket sheet;

7. Photographs of machine;

8. Photographs of scene of accident;

9. Videos taken at scene of accident;

10. Cancelled check;

11. Pri-Med records;

12. Baptist x-rays;

13. Dr. Mattox's records;

14. Neurosurgery Associates evaluation;

15. HealthSouth notes;

16. Montgomery Imaging Center MRI report;

17. Center for Pain records;

18. Montclair imaging reports;

19. Initial office consultation;

20. Transaction detail dated December 19, 2003.

                                                */s/ Dennis R. Bailey*
                                                Dennis R. Bailey
                                                Attorney for Defendants

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 17th day of October, 2007.

>   Jock M. Smith
>   Brian P. Strength
>   Valerie Rucker Russell
>   Cochran, Cherry, Givens, Smith, Lane & Taylor
>   Post Office Box 830419
>   Tuskegee, Alabama   36083


>   */s/ Dennis R. Bailey*
>   Of counsel