## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DELOISE PRICE,** | |
| **PLAINTIFF** | |
| vs. | **CASE NO. 2:06-CV-721** |
| **WAL-MART STORES, INC.,** et al., | |
| **DEFENDANTS** | |

## DEFENDANTS' WITNESS LIST

Come now the Defendants and submit the following list of witnesses who may be used at trial:

1. Dr. Tai Chung, 6936 Winton Blount Blvd, Montgomery, Alabama.

2. Wayne Lee, 717 East Artesia Blvd, Carson, California.

3. Joseph T. Carpenter, 303 Sterling Centre, 4121 Carmichael Road, Montgomery, Alabama.

4. Mike Lozano, Wal-Mart, Montgomery, Alabama.

5. Lonnie Williams, Wal-Mart, Montgomery, Alabama.

6. Any witness necessary for rebuttal.

7. Any witness listed by any other party.

*/s/ Dennis R. Bailey*
Dennis R. Bailey
Attorney for Defendants

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 17th day of October, 2007.

        Jock M. Smith
        Brian P. Strength
        Valerie Rucker Russell
        Cochran, Cherry, Givens, Smith, Lane & Taylor
        Post Office Box 830419
        Tuskegee, Alabama   36083

        */s/ Dennis R. Bailey*
        Of counsel