IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DELOISE PRICE, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv721-MHT |
| ) | |
| WAL-MART STORES, INC., and ) | |
| EXTREME PERFORMANCE, INC., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 24) is denied without prejudice.

DONE, this the 19th day of October, 2007.

                                                   /s/ Myron H. Thompson  
                                            UNITED STATES DISTRICT JUDGE