IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DELOISE PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv721-MHT |
| | ) | |
| WAL-MART STORES, INC., and | ) | |
| EXTREME PERFORMANCE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to seal exhibit (Doc.
No. 35) is granted.

DONE, this the 22nd day of October, 2007.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE