# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **DELOISE PRICE,** | \| | |
| **PLAINTIFF** | \| | |
| vs. | \| | **CASE NO. 2:06-CV-721** |
| **WAL-MART STORES, INC.,** et al., | \| | |
| **DEFENDANTS** | \| | |

## DEFENDANTS' MOTION TO JOIN IN PLAINTIFF'S MOTION TO CONTINUE

Come now the Defendants and move to join in Plaintiff's motion to continue the trial of this matter. The undersigned counsel has no objection to the continuance on the grounds stated in said motion. Additionally, the undersigned counsel would request that the trial be reset after March 18, 2008.

                                       */s/ Dennis R. Bailey*
                                       Dennis R. Bailey
                                       Attorney for Defendant

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 14th day of November, 2007.

        Jock M. Smith
        Brian P. Strength
        Valerie Rucker Russell
        Cochran, Cherry, Givens, Smith, Lane & Taylor
        Post Office Box 830419
        Tuskegee, Alabama   36083

        */s/ Dennis R. Bailey*
        Of counsel