IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DELOISE PRICE,                    )
                                  )
        Plaintiff,                )
                                  )        CIVIL ACTION NO.
        v.                        )        2:06cv721-MHT
                                  )
WAL-MART STORES, INC., and        )
EXTREME PERFORMANCE, INC.,        )
                                  )
        Defendants.               )

ORDER

It is ORDERED as follows:

(1) The motion to continue trial (Doc. No. 42) is

    granted.

(2) The jury selection and trial of this cause are

    reset for January 28, 2008, at 10:00 a.m. at the

    Frank M. Johnson, Jr. United States Courthouse

    Complex, Courtroom 2FMJ, One Church Street,

    Montgomery, Alabama 36104.  The court cannot

accommodate defense counsel's request that the

case be reset some time after March 2008.

DONE, this the 14th day of November, 2007.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE