## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DELOISE PRICE,** | \| |
| **PLAINTIFF** | \| |
| vs. | \|   CASE NO. 2:06-CV-721 |
| **WAL-MART STORES, INC.,** et al., | \| |
| **DEFENDANTS** | \| |

## DEFENDANTS' AMENDED WITNESS LIST

Come now the Defendants and submit the following list of witnesses who may be used at trial:

1. Dr. Tai Chung, 6936 Winton Blount Blvd, Montgomery, Alabama.

2. Wayne Lee, 717 East Artesia Blvd, Carson, California.

3. Joseph T. Carpenter, 303 Sterling Centre, 4121 Carmichael Road, Montgomery, Alabama.

4. Limark Tucker, Wal-Mart, Montgomery, Alabama.

5. Any witness necessary for rebuttal and/or impeachment.

6. Any witness listed by any other party.

>  */s/ Bethany L. Bolger*
> Dennis R. Bailey
> Bethany L. Bolger
> Attorneys for Defendants

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270
(334) 206-3234 (phone)
(334) 481-0031 (fax)
drb@rsjg.com (e-mail)
blb@rsjg.com (e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of January 2008, I filed the foregoing document using the CM/ECF system, which will forward a copy of same to the following counsel of record:

>Jock M. Smith
>Valerie Rucker Russell
>Cochran, Cherry, Givens, Smith, Lane & Taylor
>Post Office Box 830419
>Tuskegee, Alabama  36083

>*/s/ Bethany L. Bolger*
>Of counsel