IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DELOISE PRICE, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv721-MHT |
| ) | |
| WAL-MART STORES, INC., )<br>)<br>    Defendant. ) | |

### ORDER

For the reasons stated in open court on January 28, 2008, it is ORDERED that a mistrial is DECLARED in this case.

It is further ORDERED that the jury selection and retrial of this cause are set for April 14, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 29th day of January, 2008.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE