IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Deloise Price | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 2:06-cv-721-MHT |
| | ) |
| Wal-Mart Stores, Inc. | ) |
| | ) |
| | ) |
| | ) |
|     Defendants, | ) |

### JUROR QUESTIONNAIRE CERTIFICATION

I, __Bethany L. Bolger__, counsel for __Defendants__, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

    I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

    I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: __Betty Bolger__
Printed Name of Counsel of Record: __BETHANY L. BOLGER__
Date: __1/25/08__

Received Jury Questionnaire CD from counsel on 01/28/08

**If applicable, signature of Person Obtaining Questionnaires:** _Bob Spar_ (signature)
**Printed Name of Person Obtaining Questionnaires:** Lisa Sparks
**Date:** 1-25-08

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | | |
|---|---|---|
| <u>Deloise Price</u>     Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. <u>2:06-cv-721-MHT</u> |
| <u>Wal-Mart Stores, Inc.</u>     Defendants, | ) ) ) ) ) ) | |

### JUROR QUESTIONNAIRE CERTIFICATION

I, __**Jock Michael Smith / Brian P. Strength**__, counsel for _____, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _____
Printed Name of Counsel of Record: _____
Date: _____

Counsel for Plaintiff did not pick-up questionnaire CD on 01/25/08, however, returned Jury Questionnaire CD to courtroom deputy on 01/28/08 *[signature]*

**If applicable, signature of Person Obtaining Questionnaires:** _____
 **Printed Name of Person Obtaining Questionnaires:** _____
 **Date:** _____