IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DELOISE PRICE,<br><br>　　PLAINTIFF<br><br>VS.<br><br>WAL-MART STORES, INC.,<br>et al.,<br><br>　　DEFENDANTS | CASE NO. 2:06-CV-721 |

## JOINT STIPULATIONS

Come now Plaintiff and Defendants, through their undersigned counsel, and submit the following joint stipulations by and between the parties which may be used at the trial of this case:

1. Wal-Mart Stores, Inc. has not had a prior claim of a handlebar coming loose during operation, and Deloise Price is the only such claim to date.

2. Shortly after April 9, 2007, counsel for the Defendants provided a copy of the December 2001 deposition of Deloise Price to counsel for Plaintiff.

/s/ Bethany Bolger
Dennis R. Bailey
Bethany L. Bolger
Attorneys for Defendants

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270

/s/ Jock M. Smith
Jock M. Smith
Valerie Rucker Russell
Brian Strength
Attorneys for Plaintiff

Of counsel:
Cochran, Cherry, Givens, Smith, Lane & Taylor
Post Office Box 830419
Tuskegee, Alabama 36083