IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DELOISE PRICE,                )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )        2:06cv721-MHT
                              )
WAL-MART STORES, INC.,        )
                              )
    Defendant.                )
```

## ORDER

It is ORDERED that the motion to continue trial (Doc. No. 55) is granted as follows:

(1) Jury selection shall remain on April 14, 2008, at 10:00 a.m.

(2) The trial shall begin on April 21, 2008, at 9:00 a.m.

DONE, this the 31st day of January, 2008.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE