IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DELOISE PRICE,** | |
|     PLAINTIFF | |
| VS. | CASE NO. 2:06-CV-721 |
| **WAL-MART STORES, INC.,** et al., | |
|     DEFENDANTS | |

## STIPULATION OF DISMISSAL

Come now the parties, by and through the undersigned counsel, and stipulate to the dismissal of all claims in this action, with prejudice, each party to bear his/her or its own costs.

_____
Brian P. Strength, Attorney for Plaintiffs
COCHRAN, CHERRY, GIVENS, SMITH, ~~LANE & TAYLOR~~
Post Office Box 830419
Tuskegee, Alabama   36083

_____
Dennis R. Bailey, Attorney for Defendant
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270